Fill in this information to identify the case:

Debtor name: **Earth.com, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF COLORADO**
Case number (if known): **23-11621**

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Inovation HQ, Inc. P.O. Box 9990 Lower Factory Road St. Johns, Antigua | | Rent to Own Domain Name Sale Agreement | Unliquidated | | | $5,000,000.00 |
| ContentIQ Marketing 1 WTC 77th Floor, Suite A New York, NY 10007 | | Marketing Expenses | | | | $240,152.64 |
| Amazon Web Services 410 Terry Avenue Seattle, WA 98109 | | Web Hosting | | | | $115,240.42 |
| DEJ Partners, LLC 331 Vineland Ave. City of Industry, CA 92887 | | Atttorney Fee Award | | | | $63,055.00 |
| Linton, Cameron 607 Bryn Mawr Street Orlando, FL 32804 | | | | | | $21,826.00 |
| Castleson, Linda | | | | | | $18,673.00 |
| Sexton, Chrissy 1020 Kidwell Ridge Road Morristown, TN 37814 | | | | | | $17,500.00 |
| Barrett-Thomas CPA 2203 Oak Alley Tyler, TX 75703 | | | | | | $16,050.00 |
| Podoll & Podoll, P.C. 5619 DTC Parkway, STE 1100 Englewood, CO 80111 | | Attorney Fees | | | | $15,000.00 |

Debtor **Earth.com, Inc.**  
Name

Case number *(if known)* **23-11621**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Marfeel Solutions**<br>**Av Josep Tarradellas**<br>**20-30, 6th Floor**<br>**08029, Barcelona - Spain** | | | | | | $12,000.00 |
| **Dr. Andrei Ionescu** | | | | | | $9,850.00 |
| **Maggiora, Jordan**<br>**2601 76th Avenue SE**<br>**Apt. 556**<br>**Mercer Island, WA 98040** | | | | | | $6,950.00 |
| **DEJ Partners, LLC**<br>**331 Vineland Ave.**<br>**City of Industry, CA 92887** | | **Litigation Claims** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Plantsnap, Inc.**<br>**1040 S. Gaylord St., STE 67**<br>**Denver, CO 80209** | | **Litigation Claims** | **Contingent Unliquidated Disputed** | | | $0.00 |